George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 East Burnside Street, Suite 130
Portland, OR 97214
Telephone: 503-236-0068
Facsimile:   503-236-0028
  Attorney for Plaintiff, Richard McCrea

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD MCCREA,<br><br>        Plaintiff,<br><br>   v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>        Defendant. | Civil Action No.:  3:15-CV-00166-SB<br><br>ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $7,000.00 is approved to plaintiff's counsel.  Credit should be taken for $833.74, the amount paid for EAJA fees, so the net fee due to plaintiff's counsel is $6,242.01.

IT IS SO ORDERED:  September 22, 2017.

*Stacie F. Beckerman*

STACIE F. BECKERMAN
U.S. Magistrate  Judge

Page 1 - ORDER AWARDING ATTORNEY FEES
PER 28 USC 406(b)

George J. Wall
Attorney at Law
1336 E Burnside Street, Ste 130
Portland, OR 97214
Tel:  503-236-0068
Fax:  503-236-0028